NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000352
02-JUL-2025
08:04 AM
Dkt. 26 AMORD

NO. CAAP-25-0000352

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ALFRED DEMELLO, JR.; CHERYL A. HALL; RANDE LYNN GRAMENZ;
KATHERINE A. PATTERSON; EDWARD REDER; NANCY LYNN SATZ;
STEVEN L. WILTZ; and LORI J. WILTZ, Plaintiffs-Appellants, vs.
BANK OF AMERICA, N.A.,
Defendant/Cross-Claim Defendant-Appellee,
and
JAMES THOMAS MCCLEERY; MARGARET ELLEN MCCLEERY,
Defendants/Cross-Claimants-Appellees,
and
COLIN P. THOMPSON; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC19100216K)

AMENDED ORDER
(By: Nakasone, Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the Stipulation for Partial Dismissal of Appeal with Prejudice of All Claims as to Defendant/Appellee JP Morgan Chase Bank, National Association (**Stipulation**), filed May 29, 2025, by Defendant-Appellee JPMorgan Chase Bank National Association (**JPMC**), the Court Reporter's Request for Extension of Time to File Transcripts (**Extension Request**), filed June 12, 2025, by Court Reporter Angie Weaver (**Weaver**), the papers in support, and the record, it appears that:

(1) In the Stipulation, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss with prejudice all claims and cross-claims against JPMC, to bear their own attorneys' fees and costs as to the dismissal of the claims and cross-claims against JPMC, and the Stipulation does not affect Plaintiffs-Appellants Alfred Demello, Jr., Cheryl A. Hall, Rande Lynn Gramenz, Katherine A. Patterson, Edward Reder, Nancy Lynn Sats, Steven L. Wiltz, and Lori J. Wiltz's (together, **Appellants**) claims against Defendant/ Crossclaim Defendant-Appellee Bank of America, N.A., Defendants/Cross-Claimants-Appellees James Thomas McCleery and Margaret Ellen McCleery, and Defendant-Appellee Colin P. Thompson (together, **Remaining Appellees**). The Stipulation is signed by counsel for all appearing parties;

(2) After JMPC filed the Stipulation, the circuit court clerk docketed the appeal;

(3) There appears to be good cause to approve the Stipulation, under HRAP Rule 42(b);

(4) In the Extension Request, Weaver seeks a first extension of time for the transcripts to July 14, 2025; and

(5) There appears to be good cause to grant the Extension Request, under HRAP Rule 26(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved as follows:

1. The appeal is dismissed with prejudice as to all claims and cross-claims against JPMC.

2.    The parties shall bear their own attorneys' fees and costs as to the dismissed claims and cross-claims against JPMC.

3.    The Stipulation does not affect Appellants' claims against the Remaining Appellees.

IT IS FURTHER ORDERED that the Extension Request is granted as follows:

1.    The deadline to file the transcripts requested by Appellants on April 21, 2025, is extended to July 14, 2025.

2.    The deadline to file the opening brief is extended to August 22, 2025.

DATED: Honolulu, Hawaiʻi, July 2, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge